**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00149-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO FUENTES-DUARTE,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on July 10, 2013, it is

    ORDERED that Defendant Francisco Fuentes-Duarte is sentenced to TIME SERVED.

    DATED: July 10, 2013

                                            BY THE COURT:

                                            _____
                                            Christine M. Arguello
                                            United States District Judge